OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 10. 2015

8/3/2015
SMITH, THOMAS I.                 Tr. Ct. No. 1398642                 WR-83,064-04
On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

THOMAS I. SMITH
HARRIS COUNTY JAIL - TDC # 809681
1200 BAKER ST.
HOUSTON, TX 77002                    FWD

43B 77002